UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, LM GENERAL INSURANCE COMPANY, LM INSURANCE CORPORATION, LM PROPERTY AND CASUALTY INSURANCE COMPANY, THE LIBERTY SURPLUS INSURANCE CORPORATION, SAFECO INSURANCE COMPANY OF AMERICA, SAFECO INSURANCE COMPANY OF ILLINOIS, and SAFECO INSURANCE COMPANY OF INDIANA, | C.A. No. 2:21-cv-11879<br>District Court Judge Mark A. Goldsmith<br>Magistrate Judge Curtis Ivy Jr. |
| Plaintiffs, | |
| v. | |
| 4 TRANSPORT INC., 411 HELP LLC, 4 UR RECOVERY THERAPY LLC, A1 OCCUPATIONAL THERAPY LLC, GRAVITY IMAGING LLC, SPINE AND HEALTH PLLC, SPINE & HEALTH PLLC II, NEW HORIZON CHIROPRACTIC PLLC, FIRST MEDICAL GROUP PLLC, 4 HEALTH MANAGEMENT LLC, HASSAN FAYAD, MIRNA FAYAD, WILLIAM GONTE, M.D., GEOFFREY KEMOLI SAGALA, D.C., AND ERNESTO CARULLA, P.T., | |
| Defendants. | |

| | |
|---|---|
| DAVID JOSEPH LANKFORD (P47881)<br>STEVEN M. BRAUN (P79461)<br>JOY WEBER (P77088)<br>Law Offices of Greig, Kennedy, Seifert, and Fitzgibbons<br>Attorneys for Plaintiffs<br>28411 Northwestern Hwy., Suite 640<br>Southfield, MI 48034<br>248-223-0120<br>Fax: 603-334-9174 | SHEREEF H. AKEEL (P54345)<br>ADAM SHEREEF ABU-AKEEL (P81328)<br>Akeel & Valentine, PLC<br>Attorney for Defendants 4 Transport Inc., 411 Help LLC, 4 Ur Recovery Therapy LLC, 4 Health Management LLC, Gravity Imaging LLC, Hassan Fayad, and Mirna Fayad<br>888 W. Big Beaver Road<br>Suite 910<br>Troy, MI 48084<br>248-269-9595<br>Fax: 248-289-9119<br>Email: shereef@akeelvalentine.com<br>adam@akeelvalentine.com |

ROBERT L. AKOURI (P43788)
Attorney Defendants Spine & Health PLLC, Spine & Health PLLC II, New Horizon Chiropractic PLLC, First Medical Group PLLC, William Gonte, M.D., Ernesto Carula, P.T.
6528 Schaefer Road
Dearborn, MI 48126
313-584-1404
Fax: 313-584-1485
Email: akouripllc@yahoo.com

### AMENDED STIPULATED ORDER OF DISMISSAL OF DEFENDANTS WITH PREJUDICE

This matter having come before this Honorable Court by way of the stipulation of the parties, and this Honorable Court being fully advised in the premises;

**IT IS HEREBY STIPULATED AND AGREED** that pursuant to Fed. R. Civ. P. 41(a)(1), that this matter is dismissed with prejudice as to Defendants 4 TRANSPORT INC., 411 HELP LLC, 4 UR RECOVERY THERAPY LLC, A1 OCCUPATIONAL THERAPY LLC, GRAVITY IMAGING LLC, SPINE AND HEALTH PLLC, SPINE & HEALTH PLLC II, NEW HORIZON CHIROPRACTIC PLLC, FIRST MEDICAL GROUP PLLC, 4 HEALTH MANAGEMENT LLC, HASSAN FAYAD, MIRNA FAYAD, WILLIAM GONTE, M.D., GEOFFREY KEMOLI SAGALA, D.C., AND ERNESTO CARULLA, P.T. without costs or fees of any kind to any party.

**This is a final order and does resolve the last pending claims of this action.**

**IT IS SO ORDERED.**

Dated: October 13, 2022        s/Mark A. Goldsmith
    Detroit, Michigan        MARK A. GOLDSMITH
                                  United States District Judge

Stipulated for Entry By:

/s/ Steven M. Braun w/ permission
STEVEN M. BRAUN (P79461)
Attorney for Plaintiffs


/s/ Shereef H. Akeel
SHEREEF H. AKEEL (P54345)
ADAM SHEREEF ABU-AKEEL (P81328)
Attorneys for Defendants 4 Transport Inc., 411 Help LLC, 4 Ur Recovery Therapy LLC, 4 Health Management LLC, Gravity Imaging LLC, Hassan Fayad , and Mirna Fayad


/s/ Robert L. Akouri w/ permission
ROBERT L. AKOURI (P43788)
Attorney Defendants Spine & Health PLLC, Spine & Health PLLC II, New Horizon Chiropractic PLLC, First Medical Group PLLC, William Gonte, M.D., Ernesto Carula, P.T.